**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOYD'S AVIATION, INC., et al., )<br>)<br>             Plaintiffs, )<br>     v. )<br>)<br>CENTER FOR ENVIRONMENTAL )<br>HEALTH, et al., )<br>)<br>             Defendants. )<br>_____ ) | 1:11-CV-01078  AWI DLB<br><br>ORDER SETTING BRIEFING<br>SCHEDULE AND JULY 12,<br>2011 HEARING DATE |

    Plaintiffs are fuel suppliers and fixed base operators who received notice that Defendant Center for Environmental Health ("CEH") intends to bring suit for allegedly violating the California Safe Drinking Water & Toxic Enforcement Act ("Proposition 65").  On July 1, 2011, Plaintiffs filed a motion for temporary restraining order and preliminary injunction against Defendants CEH and Kamala Harris, Attorney General of the State of California ("Attorney General Harris").  In their motions, Plaintiffs seek to enjoin Defendants from enforcing or threatening to enforce Proposition 65 as applied to aviation gasoline that contains lead and is supplied or used by Plaintiffs.

    Plaintiffs state that July 13, 2011 is the first day that CEH can bring suit against Plaintiffs under Proposition 65.  Plaintiffs state that Attorney General Harris can bring suit against Plaintiffs at any time prior to July 13, 2011.  However, Plaintiffs have not sufficiently shown that

Attorney General Harris is prepared to bring suit prior to July 13, 2011. Since it appears to the Court at this time that any injury will occur no later than July 13, 2011, the Court declines to issue a temporary restraining order in the absence of a substantial notice and a hearing.

Instead, the Court will set the following briefing schedule for a temporary restraining order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants may file an opposition to Plaintiffs' motion for temporary restraining order no later than July 6, 2011, at 12:00 p.m.;

2. Plaintiffs may file a reply brief to Defendants' opposition no later than July 8, 2011, at 12:00 p.m.;

3. The hearing date on Plaintiffs' request for a temporary restraining order is set for July 12, 2011, at 10 a.m.; and

4. Plaintiffs are directed to forward a copy of this order forthwith to Defendants so that they may comply with this schedule.

IT IS SO ORDERED.

Dated:   July 1, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE