1  Craig E. Stewart (State Bar No. 129530)
   cestewart@jonesday.com
2  Thomas M. Donnelly (State Bar No. 136546)
   tmdonnelly@jonesday.com
3  Nathaniel P. Garrett (State Bar No. 248211)
   ngarrett@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Andrew B. Steinberg (State Bar No. 116691)
   absteinberg@JonesDay.com
8  JONES DAY
   51 Louisiana Avenue, N.W.
9  Washington, D.C.  20001-2113
   Telephone:     (202) 879-3939
10 Facsimile:     (202) 626-1700

11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LOYD'S AVIATION, INC., et al.,** | **Case No. 1:11-CV-01078-AWI-DLB** |
| **Plaintiffs,** | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, SETTING BRIEFING SCHEDULE, EXTENDING DEADLINE TO RESPOND TO COMPLAINT, AND ADDRESSING OTHER MATTERS** |
| v. | |
| **CENTER FOR ENVIRONMENTAL HEALTH; KAMALA HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in her official capacity; and DOES 1-50,** | |
| **Defendants.** | Date:     July 12, 2011<br>Time:     10:00 a.m.<br>Judge:    Hon. Anthony W. Ishii |

/ / /

Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion for Preliminary Injunction") on June 30, 2011, and served the motion on Defendants Center for Environmental Health ("CEH") and the Attorney General of the State of California on July 1, 2011. Also on July 1, the Court set a briefing schedule for the Temporary Restraining Order, with a hearing to occur on July 12, 2011, at 10:00 a.m.

Plaintiffs (through their counsel of record, Jones Day), and Defendants Center for Environmental Health ("CEH") (specially appearing through its counsel, Lexington Law Group) and the Attorney General of the State of California, have met and conferred regarding the Motion for Preliminary Injunction. Plaintiffs and Defendants stipulate, and respectfully request that the Court enter the below Order, as follows:

1. CEH shall not file suit under California's Proposition 65 (Cal. Health and Safety Code section 25249.5 *et seq*.) against any of the Plaintiffs with regard to lead in aviation gas, until the earlier of (1) one business day after this Court enters an order deciding Plaintiffs' Motion for Preliminary Injunction; or (2) October 28, 2011. In the event that CEH files suit under California's Proposition 65 against any other recipient of its May 9, 2011, Notices of Violation, CEH shall not refer to or rely upon the existence of such other suit in opposing Plaintiffs' Motion for Preliminary Injunction. CEH enters into this stipulation and appears specially and solely to resolve issues of timing in this matter without waiving any defenses to the Court's jurisdiction of the matter.

2. The Attorney General enters into this stipulation and appears specially and solely to resolve issues of timing in this matter without waiving any defenses to the Court's jurisdiction of the matter. The Attorney General is investigating this matter and she has made no decision to file suit against any of the Plaintiffs. The Attorney General agrees that, in the event that she determines that it is appropriate to file suit under California's Proposition 65 (Cal. Health and Safety Code section 25249.5 *et seq*.) against any of the Plaintiffs with regard to lead in aviation gas, she will first provide thirty days written notice (by electronic mail to Plaintiffs'

1  counsel) that the Attorney General intends to file such suit.

2. 3. Unless Plaintiffs request an earlier hearing date in response to any notice given by the Attorney General under paragraph 2, above, the hearing on Plaintiffs' Motion for Preliminary Injunction shall be continued to **October 3, 2011 at 1:30 p.m.** Defendants shall file and serve their opposition papers no later than 12:00 p.m. on **September 19, 2011.** Plaintiffs shall file and serve their reply papers no later than 12:00 p.m. on **September 26, 2011**.

4. Defendants need not file a response to the Complaint until a date set by the Court after it rules on the Motion for Preliminary Injunction.

5. In light of this Stipulation and Order, the Plaintiffs withdraw their request for a Temporary Restraining Order.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 6, 2011 | JONES DAY |
| 2 | | |
| 3 | | By:   /s/ Thomas M. Donnelly |
| | | Thomas M. Donnelly |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: July 6, 2011 | LEXINGTON LAW GROUP |
| 7 | | |
| | | By:   /s/ Mark Todzo |
| 8 | | Mark Todzo |
| 9 | | Attorneys for Center for Environmental Health |
| 10 | Dated: July 6, 2011 | KAMALA D. HARRIS |
| 11 | | ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| 12 | | |
| 13 | | By:   /s/ Susan Fiering |
| | | Susan Fiering, Deputy Attorney General |

IT IS SO ORDERED.

Dated:   July 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE