Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
Thomas M. Donnelly (State Bar No. 136546)
tmdonnelly@jonesday.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Andrew B. Steinberg (State Bar No. 116691)
absteinberg@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:     (202) 879-3939
Facsimile:     (202) 626-1700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LOYD'S AVIATION, INC., et al.,** | Case No. 1:11-cv-01078-AWI-DLB |
| **Plaintiffs,** | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| **CENTER FOR ENVIRONMENTAL HEALTH; KAMALA HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in her official capacity; and DOES 1-50,** | |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs make the following disclosures:[1]

---

[1] Plaintiff Epic Jet Center, LLC has yet to provide the information required by Rule 7.1. Plaintiffs will supplement their disclosure statement as soon as they receive that information.

CORPORATE DISCLOSURE STATEMENT
Case No.: 1:11-cv-01078-AWI-DLB

1. Loyd's Aviation, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.
2. AirFlite, Inc.'s parent corporation is Toyota Motor Sales USA, Inc.  Toyota Motor Sales USA, Inc. is indirectly wholly owned by Toyota Motor Corporation, a publicly held corporation.
3. Airport Property Partners, LLC, d/b/a APP Jet Center, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.
4. Atlantic Aviation Corporation, Inc.'s parent corporation is Atlantic Aviation Holding Corporation.  Atlantic Aviation Holding Company is indirectly wholly owned by Macquarie Infrastructure Company, LLC, a publicly held corporation.
5. Atlantic Aviation FBO, Inc.'s parent corporation is Atlantic Aviation FBO Holdings LLC.  Atlantic Aviation FBO Holdings LLC is indirectly wholly owned by Macquarie Infrastructure Company, LLC, a publicly held corporation.
6. Atlantic Aviation of Santa Monica, L.P.'s parent corporation is Atlantic SMO Holdings LLC.  Atlantic SMO Holdings LLC is indirectly wholly owned by Macquarie Infrastructure Company, LLC, a publicly held corporation.
7. Avantair, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.[2]
8. Avfuel Corporation's parent corporation is CRS Acquisition Corporation.  No corporation besides CRS Acquisition Corporation owns 10% or more of Avfuel Corporation.
9. R.A. Bridgeford, Inc.'s parent corporation is Corporate Airpark, Inc.  No corporation besides Corporate Airpark, Inc. owns 10% or more of R.A. Bridgeford, Inc.
10. Business Jet Center, Ltd. is a privately held Texas limited partnership owned, directly and indirectly, by other privately held entities and individuals.  No publicly held corporation owns any interest in Business Jet Center, Ltd.
11. Business Jet Center Oakland, L.P. is a privately held California limited partnership

---

[2] Plaintiff Avantair Jet Center does not exist.  Plaintiffs will amend the complaint to substitute the correct entity and file a supplemental disclosure statement that includes the required information for that entity.

owned, directly and indirectly, by other privately held entities and individuals. No publicly held corporation owns any interest in Business Jet Center Oakland, L.P.

12. Castle & Cooke, Inc.'s parent corporation is Castle & Cooke Holdings, Inc. No corporation besides Castle & Cooke Holdings, Inc. owns 10% or more of Castle & Cooke, Inc.

13. Castle & Cooke Aviation Services, Inc.'s parent corporation is Murdock Realty, LLC. No corporation besides Murdock Realty, LLC owns 10% or more of Castle & Cooke Aviation Services, Inc.

14. Channel Islands Aviation, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

15. CrownAir Holdings, Inc.'s parent corporation is L & S Aviation, LLC. No corporation besides L & S Aviation, LLC owns 10% or more of CrownAir Holdings, Inc.

16. Air 88, Inc.'s parent corporation is CrownAir Holdings, Inc. No corporation besides CrownAir Holdings, Inc. owns 10% or more of Air 88, Inc.

17. Epic Aviation, LLC's parent company is Downstream Aviation, LP, which is a privately held company. No publicly held corporation owns 10% or more of Epic Aviation, LLC.

18. KaiserAir, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

19. Landmark Aviation FBO Holdings' parent company is Landmark FBO Holdings, LLC. No company besides Landmark FBO Holdings, LLC owns 10% or more of Landmark Aviation FBO Holdings.

20. Landmark Aviation San Diego, Inc.'s parent corporation is Landmark Corporate Jets, Inc. No corporation besides Landmark Corporate Jets, Inc. owns 10% or more of Landmark Aviation San Diego, Inc.

21. Loyd's Aircraft Maintenance Corp. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

22. Piedmont Hawthorne Aviation, LLC's, d/b/a Landmark Aviation('s), parent company is Landmark FBO, LLC. No company besides Landmark FBO, LLC owns 10% or more of

Piedmont Hawthorne Aviation, LLC.

23. Maguire Aviation Group, LLC has no parent corporation, and no publicly held corporation owns any interest in Maguire Aviation Group, LLC.

24. Maguire Aviation Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

25. Pentastar Aviation, LLC's parent company is Lakeshore Capital, LLC, which is a privately held company. No publicly held corporation owns 10% or more of Pentastar Aviation, LLC.

26. Pentastar Aviation of California, LLC's parent company is Pentastar Aviation, LLC, which is a privately held company. No publicly held corporation owns 10% or more of Pentastar Aviation of California, LLC.

27. Sun Air Jets, LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

28. Jet Source, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

29. Western Flight Services, LLC's parent corporation is Jet Source, Inc. No corporation besides Jet Source, Inc. owns 10% or more of Western Flight Services, LLC.

30. Signature Flight Support Corporation's parent corporation is BBA Aviation USA, Inc. Signature Flight Support Corporation and BBA Aviation USA, Inc. are wholly owned subsidiaries of BBA Aviation, plc, a publicly held corporation whose shares are traded on the London Stock Exchange.

Dated: July 18, 2011                                JONES DAY

                                                    By:     /s/ Thomas M. Donnelly
                                                            Thomas M. Donnelly

                                                    Attorneys for Plaintiffs