1

LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
2  mtodzo@lexlawgroup.com
Howard Hirsch (State Bar No. 213209)
3  hhirsch@lexlawgroup.com
Victoria Hartanto (State Bar No. 259833)
4  vhartanto@lexlawgroup.com
503 Divisadero Street
5  San Francisco, CA  94117
Telephone:  (415) 913-7800
6  Facsimile:  (415) 759-4112

7  Attorneys for Defendant
CENTER FOR ENVIRONMENTAL
8  HEALTH

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                       FRESNO DIVISION

13

14  LOYD'S AVIATION, INC., et al.,          Case No. 1:11-CV-01078-AWI-DLB

15                                          **STIPULATION AND ORDER**
                                            **CONTINUING MANDATORY**
16                        Plaintiffs,       **SCHEDULING CONFERENCE AND ALL**
                                            **RELATED SCHEDULING DEADLINES**
17       vs.
                                            Honorable Dennis L. Beck
18  CENTER FOR ENVIRONMENTAL                Courtroom 9
    HEALTH, et al.,                         Hearing Date:  Oct. 4, 2011
19                                          Time:              9:00 a.m.
20                        Defendants.       Action Filed:   June 29, 2011

21

22

23

24

25

26

27

28

1    Plaintiffs (through their counsel of record, Jones Day), and Defendants Center for

2  Environmental Health ("CEH") (through its counsel, Lexington Law Group) and Kamala Harris,

3  Attorney General for the State of California, in her official capacity (through their counsel, Susan

4  Fiering, Deputy Attorney General), hereby enter into the following stipulation and respectfully

5  request that that Court enter the proposed Order below.

6    Whereas Plaintiffs filed their initial complaint in this action on June 29, 2011 seeking

7  declaratory and injunctive relief;

8    Whereas the Court issued an Order Setting Mandatory Scheduling Conference ("MSC

9  Order") on June 30, 2011, setting the MSC for October 4, 2011;

10    Whereas Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary

11  Injunction on June 30, 2011;

12    Whereas the Motion for Temporary Restraining Order was taken off calendar pursuant to a

13  Stipulation and Order entered by the Court on July 6, 2011;

14    Whereas the hearing on Plaintiffs' Motion for Preliminary Injunction has been set for

15  October 3, 2011;

16    Whereas Plaintiffs filed their First Amended Complaint on August 26, 2011;

17    Whereas Defendants CEH and Kamala Harris each filed a Motion to Dismiss on

18  September 2, 2011, and both Motions to Dismiss are set for hearing on October 3, 2011;

19    Whereas, Plaintiffs intend to oppose the Motions to Dismiss;

20    Whereas, if granted, the Motions to Dismiss could dispose of some or all of this action;

21  and

22    Whereas, in an effort to conserve the Court's and the parties' resources, the parties

23  respectfully request that the Court rule on the Motions to Dismiss before setting discovery or any

24  other case management deadlines.

25

26

27

28

1      NOW, THEREFORE, the parties stipulate and respectfully request that the Court enter an

2  Order as follows:

3      1.  The Mandatory Scheduling Conference is continued to DECEMBER 19, 2011, at 9:30

4          am before Magistrate Judge Dennis L. Beck.

5      2.  The Joint Scheduling Report shall be due seven (7) days prior the new date set for the

6          Mandatory Scheduling Conference; and

7      3.  All discovery and any other case management deadlines presently imposed either by

8          the Court in the Mandatory Scheduling Conference Order, or by the Federal Rules of

9          Civil Procedure, not related to either Plaintiffs' Motion for Preliminary Injunction or

10         Defendants' Motions to Dismiss, are continued to a date consistent with the continued

11         date of the Mandatory Scheduling Conference.

IT IS SO STIPULATED.

Dated: September 14, 2011                    JONES DAY


                                             By:   /s/ Thomas M. Donnelly
                                                   Thomas M. Donnelly

                                             Attorneys for Plaintiffs


Dated: September 14, 2011                    LEXINGTON LAW GROUP


                                             By:   /s/ Mark Todzo
                                                   Mark Todzo

                                             Attorneys for Center for Environmental Health


Dated: September 14, 2011                    KAMALA D. HARRIS
                                             ATTORNEY GENERAL OF THE
                                             STATE OF CALIFORNIA


                                             By:   /s/ Susan Fiering
                                                   Susan Fiering, Deputy Attorney General,
                                                   Counsel for Kamala Harris, Attorney
                                                   General


ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor,


IT IS SO ORDERED.


    Dated:   **September 14, 2011**              /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE